IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRISTIE GOREY : CIVIL ACTION
:
v. :
:
CARPENTERS JOINT APPRENTICE :
COMMITTEE, et al. : NO. 08-5993

ORDER

AND NOW, this 27th day of April, 2010, upon consideration of the defendants' Motion for Partial Summary Judgment Against Plaintiff Kristie Gorey (Docket No. 31); the plaintiff's opposition thereto; after a hearing on the defendants' motion held on April 9, 2010; and for the reasons stated in a memorandum of law bearing today's date; IT IS HEREBY ORDERED that the defendants' motion is GRANTED as follows:

1. Judgment is granted for the defendant Metropolitan Regional Council of Carpenters, Southeastern Pennsylvania, State of Delaware and Eastern Shore of Maryland, United Brotherhood of Carpenters and Joiners of America and against the plaintiff on all counts;

2. Judgment is granted for the defendant Carpenters Joint Apprentice Committee and against the plaintiff on Counts I and Count IV of the amended complaint; and

3. Upon agreement of the parties, the Carpenters

Apprentice School of Philadelphia and Vicinity is dismissed as a defendant in this case.

BY THE COURT:

<u>/s/Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.